# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY ROSS WILLIAMS,

    Petitioner,

vs.

D.W. NEVEN, *et al.*,

    Respondents.

Case No. 2:14-cv-01506-APG-NJK

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Respondents have filed a motion for an extension of time in which to file a response to the petition for a writ of habeas corpus. (Dkt. #8). Respondents seek a 30-day enlargement of time, up to and including July 12, 2015, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response to the petition (Dkt. #8) is **GRANTED.** The response shall be filed on or before **July 12, 2015.**

    Dated this 15th day of June, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE