UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY ROSS WILLIAMS,

    *Petitioner*,

vs.

D. W. NEVEN, *et al.*,

    *Respondents*.

Case No. 2:14-cv-01506-APG-NJK

**ORDER**

    In this habeas action, petitioner has not responded to the Court's order (ECF No. 24) finding that certain grounds are not exhausted and directing that he file a motion for either full dismissal, for partial dismissal of only the unexhausted grounds, and/or for other appropriate relief. The order informed petitioner that the entire petition would be dismissed without prejudice for lack of complete exhaustion if an appropriate motion was not timely filed.

    IT THEREFORE IS ORDERED that the petition shall be DISMISSED without prejudice. The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

    DATED: December 22, 2016.

                                    _____
                                      ANDREW P. GORDON
                                      United States District Judge